# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RICKEY J. GISCLAIR

VERSUS

SOUTHERN GUARD SERVICES, ET AL

NO.  2026 CW 0003

**MARCH 23, 2026**

---

In Re:    Southern Guard Services, Inc., applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. C-144-641.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of the district court minutes, in violation of Rule 4-5(C)(10) of the Uniform Rules of Louisiana Courts of Appeal. In addition, this court requires a copy of the hearing transcript.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein, and must comply with Uniform Rule of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before April 22, 2026, and must contain a copy of this ruling.

PMc
TPS

**Greene, J.,** would issue a briefing schedule.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT